UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KETANYA R. BURKE,

                                                    Plaintiff,         :        <u>ORDER</u>

                       -against-                  :

                                                                                20 Civ. 1835 (PGG) (GWG)

HON. JUDGE ELENOR REID-CHERRY; CITY  :
OF NEW YORK, N.Y.,

                                                             :

                          Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The defendants filed motions to dismiss in this case on November 9 and 10, 2020.  <u>See</u> Reid-Cherry Notice of Motion to Dismiss, dated November 9, 2020 (Docket #19); City of New York Notice of Motion to Dismiss, dated November 10, 2020 (Docket #24).  Pursuant to Local Civil Rule 6.1(b), and as explained in both defendants' notices, plaintiff was required to file any opposition to defendants' motions by November 23, 2020, and November 24, 2020.

      No filing appears on the docket sheet, however.  Nonetheless, the Court will extend plaintiff's deadline to file her opposition until December 31, 2020.  Any reply by defendants shall be filed on or before January 21, 2021.

      <u>Plaintiff is warned that if she fails to file opposition papers by December 31, 2020, her complaint may be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).</u>

      Plaintiff may file the opposition by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

      The Clerk is requested to mail a copy of this Order to plaintiff.

      SO ORDERED.

Dated:  New York, New York
           December 10, 2020

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge