UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KETANYA R. BURKE,

                   Plaintiff,     :    ORDER

             -against-

    20 Civ. 1835 (PGG) (GWG)

HON. JUDGE ELENOR REID-CHERRY; CITY
OF NEW YORK, N.Y.,

                Defendants.
----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The defendants filed motions to dismiss in this case on November 9 and 10, 2020. See Reid-Cherry Notice of Motion to Dismiss, dated November 9, 2020 (Docket #19); City of New York Notice of Motion to Dismiss, dated November 10, 2020 (Docket #24). Pursuant to Local Civil Rule 6.1(b), and as explained in both defendants' notices, plaintiff was required to file any opposition to defendants' motions by November 23, 2020, and November 24, 2020. No timely filing was made.

      On December 10, 2020, the Court issued an order <u>sua sponte</u> extending the deadline until December 31, 2020 (Docket # 30). The Order contained the following language:

> <u>Plaintiff is warned that if she fails to file opposition papers by December 31, 2020, her complaint may be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).</u>

Notwithstanding this statement, plaintiff failed to file any opposition papers.

      Accordingly, plaintiff is hereby ORDERED to file a letter on or before February 5, 2021, stating whether she intends to pursue this matter and whether she seeks an extension to respond to the motions to dismiss. If she seeks such an extension, she shall provide reasons therefor.

      <u>Plaintiff is warned that if she fails to file the letter required by this Order by February 5, 2021, her complaint may be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b</u>

      Plaintiff may file the letter by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov. In the alternative, it may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

The Clerk is requested to mail a copy of this Order to plaintiff.

SO ORDERED.

Dated: New York, New York
January 18, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge